**Motion Granted, Affirmed and Memorandum Opinion filed August 7, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00100-CR

---

**REGINA ROMERO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Court Cause No. 13-16232**

---

# MEMORANDUM OPINION

Appellant entered a plea of guilty to burglary of a habitation. On April 8, 2013, pursuant to the terms of a plea bargain agreement with the State, the trial court sentenced appellant to confinement for seven years in the Institutional Division of the Texas Department of Criminal Justice, but suspended the punishment and placed appellant on community supervision for seven years, ordering restitution and assessing a fine of $750.

The State subsequently moved to revoke appellant's community supervision, alleging appellant had violated the conditions of community supervision. Appellant entered a plea of true to three violations. On December 9, 2013, the trial court signed a judgment revoking appellant's community supervision and sentencing her to confinement for seven years in the Institutional Division of the Texas Department of Criminal Justice Appellant filed a timely notice of appeal.

Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). On April 29, 2014, this court ordered a copy of the record provided to appellant. On May 5, 2014, the trial court certified that it had provided the record to appellant. On June 3, 2014, this court notified appellant by order that if she wished to file a response to counsel's *Anders* brief, it was required to be filed on or before July 28, 2014. *See Kelly v. State,* No. PD-0702-13; — S.W.3d — , 2014 WL 2865901 (Tex. Crim. App. June 25, 2014). As of this date, appellant has not filed a pro se response or a request for an extension of time to file a response.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. We need not address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgment of the trial court is affirmed.


PER CURIAM


Panel consists of Justices McCally, Brown, and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b).